**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-50550 |
| Plaintiff - Appellee, | D.C. No. 3:08-cr-03170-BEN-1 |
| v. |  |
| JOAQUIN PARAMO-MACIEL, | MEMORANDUM[*] |
| Defendant - Appellant. |  |

Appeal from the United States District Court
for the Southern District of California
Roger T. Benitez, District Judge, Presiding

Submitted September 13, 2010[**]

Before: SILVERMAN, CALLAHAN and N.R. SMITH, Circuit Judges.

Joaquin Paramo-Maciel appeals the sentence imposed following his guilty

plea to attempted entry after deportation in violation of 8 U.S.C. § 1326.

---

[*]      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Paramo-Maciel contends that the district court erred when it imposed a sentence in excess of the two-year statutory maximum under 8 U.S.C. § 1326. He asserts that *Almendarez-Torres v. United States*, 523 U.S. 224, 226-27 (1998), has been effectively overruled by *Nijhawan v. Holder*, 129 S. Ct. 2294 (2009). As Paramo-Maciel concedes, *Almendarez-Torres* has never been expressly overruled and continues to constitute binding precedent. *See, e.g., United States v. Garcia-Cardenas*, 555 F.3d 1049, 1051 (9th Cir. 2009) (*per curiam*); *United States v. Martinez-Rodriguez*, 472 F.3d 1087, 1093 (9th Cir. 2007).

**AFFIRMED.**